AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>TWO HARD DRIVES CONTAINING DIGITAL FORENSIC IMAGES LOCATED IN WASHINGTON, D.C., UNDER RULE 41 | )<br>)<br>)  Case No.   26-SW-1<br>)<br>) |

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

located in the    Jurisdiction    District of    Columbia    , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☐ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§1341, 1343, 1349, 1956, 1957, 1519, 157 | Mail Fraud, Wire Fraud, Conspiracy, Money Laundering, Transactions with Criminal Proceeds, Bankruptcy Fraud, False Statements in Bankruptcy |

The application is based on these facts:
See Affidavit in Support of the Application for Search Warrant

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*/s/ Melissa Lawrence, FBI SA*
Applicant's signature

Special Agent Melissa Lawrence, Federal Bureau of Investigation
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
   telephone    *(specify reliable electronic means)*.

Date: 01/08/2026

City and state: Washington, D.C.

*/s/*
Judge's signature

Matthew J. Sharbaugh, U.S. Magistrate Judge
Printed name and title

AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ☑ Original          ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
District of Columbia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  26-SW-1
TWO HARD DRIVES CONTAINING DIGITAL )
FORENSIC IMAGES LOCATED IN WASHINGTON, )
D.C., UNDER RULE 41 )

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the    Jurisdiction of the    District of   Columbia
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A, hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before   January 22, 2026     *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   Matthew J. Sharbaugh, U.S. Magistrate Judge
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:   01/08/2026                                  [signature]
                                                                     *Judge's signature*

City and state:  Washington, D.C.                     Matthew J. Sharbaugh, U.S. Magistrate Judge
                                                                    *Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 26-SW-1 | Date and time warrant executed: 1/12/26  9:39 AM | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of: FBI

Inventory of the property taken and name(s) of any person(s) seized:

ONE SEAGATE 2TB HARD DRIVE, SERIAL NUMBER NA8M6T81 AND ONE SAMSUNG 1TB HARD DRIVE, SERIAL NUMBER S6SNNJ0WC01044, CONTAINING THE FORENSIC IMAGES OF FBI EVIDENCE ITEM #'S: 1B1, 1B4, 1B5, 1B12, 1B13, 1B14, 1B20, 1B21, 1B52, AND 1B53

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/12/26

*Executing officer's signature*

MELISSA LAWRENCE, FBI SA
*Printed name and title*